

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDELMIRA CHAVEZ MUNOZ, | § | No. 08-23-00061-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| | § | |
| SALVADOR HITA TORRES AND ELIGIO M. HITA, | § | of El Paso County, Texas |
| | § | (TC# 2018DCV2700) |
| Appellees. | § | |
| | § | |

### **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF MAY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.